1  LAWRENCE K. ROCKWELL, #72410
   ERIC DONEY, #76260
2  JULIE E. HOFER, #152185
   DONAHUE GALLAGHER WOODS LLP
3  Attorneys at Law
   300 Lakeside Drive, Suite 1900
4  Oakland, California  94612-3570
   Telephone:     (510) 451-0544
5  Facsimile:     (510) 832-1486
   Email:  julie@donahue.com
6
   Attorneys for Plaintiff
7  AUTODESK, INC.

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11
   AUTODESK, INC., a Delaware          CASE NO.
12 corporation,
                                        **COMPLAINT FOR DAMAGES AND**
13              Plaintiff,              **INJUNCTIVE RELIEF**

14        v.

15 CUBELLIS INC., a Massachusetts
   corporation; and LENORD CUBELLIS, an
16 individual,

17              Defendants.

18

19

20

21

22

23

24

25

26

27

28

1    Plaintiff Autodesk, Inc. ("Autodesk"), for its complaint against defendants Cubellis Inc.

2    and Lenord Cubellis, (collectively, the "Defendants") states and alleges as follows:

3                          **JURISDICTION AND VENUE**

4                                  **PARTIES**

5    1.    Autodesk is a Delaware corporation with its principal place of business in San

6    Rafael, California.

7    2.    Autodesk is informed and believes and thereon alleges that Cubellis Inc.

8    ("Cubellis") is a Massachusetts corporation, with its principal place of business in Boston,

9    Massachusetts, and with offices in several states, including an office in California.

10   3.    Autodesk is informed and believes and thereon alleges that Lenord Cubellis:  (a) is

11   an individual whose place of residence is in Massachusetts; (b) is an officer, shareholder, director,

12   and/or agent of Cubellis and otherwise controls Cubellis; and (c) personally participated in and/or

13   had the right and ability to supervise, direct, and control the wrongful conduct alleged in this

14   Complaint and derived financial benefit from that conduct.

15   4.    Autodesk is informed and believes and thereon alleges that each of the Defendants

16   was the agent, employee, and/or alter-ego of each of the other remaining Defendants and, at all

17   times relevant herein, acted within the course and scope of such agency and/or employment.

18                                **JURISDICTION**

19   5.    This case contains a claim for relief for copyright infringement arising under the

20   copyright laws of the United States, 17 U.S.C. §§ 101, *et seq.* (the "Copyright Act").  The Court

21   has subject matter jurisdiction over the claim relating to copyright infringement pursuant to 17

22   U.S.C. § 501 *et seq.*, 28 U.S.C. § 1331, and 28 U.S.C. § 1338(a).  This court has supplemental

23   jurisdiction over the breach of contract claim for relief against Cubellis under 28 U.S.C.

24   § 1367(a).  The Court also has subject matter jurisdiction over the breach of contract claim

25   pursuant to 28 U.S.C. § 1332.

26   6.    The court also has jurisdiction over the breach of contract claim against Cubellis

27   under a contract between Cubellis and Autodesk.  Autodesk entered into a Settlement Agreement

28   with Cubellis & Associates, Inc. on or about January 29, 2003 (the "Settlement Agreement") in

-1-

1  an effort to resolve, among other things, prior copyright infringement allegedly committed by
2  Cubellis & Associates, Inc. On information and belief, Cubellis & Associates, Inc. changed its
3  name to Cubellis Associates, Inc. on or about January 22, 2004. On information and belief,
4  Cubellis Associates, Inc. changed its name to Cubellis Inc. on or about November 16, 2006. The
5  Settlement Agreement thus binds Cubellis, as it is the same entity that previously entered into the
6  Settlement Agreement under a different name.

7         7.      Section 5.2 of the Settlement Agreement provides, in part, "The United States
8  District Court for the Northern District of California...shall have exclusive jurisdiction over any
9  legal action or proceeding arising out of or relating to this Agreement. For any action or
10 proceeding that arises out of or relates to this Agreement, each Party expressly consents to the *in*
11 *personam* jurisdiction and venue of each court specified in this Section 5.2 and hereby expressly
12 waives any objection to same." A true and correct copy of the Settlement Agreement is attached
13 hereto as Exhibit A and incorporated herein by reference. On or about April 23, 2003 Autodesk
14 and Cubellis entered into an Amendment to the Settlement Agreement, a true and correct copy of
15 which is attached hereto as Exhibit B and incorporated herein by reference.

16        8.      Autodesk is informed and believes and thereon alleges that when Autodesk
17 previously investigated Cubellis for alleged copyright infringement in 2002, which investigation
18 resulted in the Settlement Agreement, Lenord Cubellis was the Chief Executive Officer and
19 President of Cubellis and was aware of the investigation. A true and correct copy of a letter sent
20 to Lenord Cubellis regarding the investigation is attached hereto as Exhibit C and incorporated
21 herein by reference. Autodesk is informed and believes and thereon alleges that at all relevant
22 times Lenord Cubellis was, is and has been an officer, shareholder, director, and/or agent of
23 Cubellis and otherwise in control of Cubellis.

24        9.      Autodesk is informed and believes and thereon alleges that Defendants knew, or
25 reasonably should have known, that Autodesk is located in California, and that Defendants
26 directed and aimed their alleged unauthorized activity at Autodesk, which is located in the
27 Northern District of California. Autodesk is informed and believes and thereon alleges that
28 Defendants knew, or reasonably should have known, that Autodesk would likely suffer the brunt

-2-

1   of the harm caused by Defendants in California at Autodesk's principal place of business.  The

2   complained of activities caused Autodesk to bear the brunt of the harm in California at its

3   principal place of business in San Rafael, California within this District.

4                                    **VENUE**

5        10.    Venue is proper under Section 5.2 of the Settlement Agreement, as detailed above.

6        11.    Venue is also proper in this district pursuant to 28 U.S.C. §§ 1391(a), (b), (c) and

7   1400(a).

8                          **INTRADISTRICT ASSIGNMENT**

9        12.    Because this matter is an Intellectual Property Action, there is no basis for

10  assignment to a particular location or division of the Court pursuant to Civil L.R. 3-2(c).

11                          **GENERAL ALLEGATIONS**

12                          **The Business of Autodesk**

13       13.    Autodesk is in the business of developing, marketing, and licensing computer

14  software programs recorded on various media, including among others optical disks (hereinafter

15  referred to as "software"), for use on personal computers.  Autodesk packages and distributes its

16  software together with associated user instruction manuals (referred to herein as "reference

17  manuals"), end-user license agreements, and other documentation.

18       14.    Autodesk has made and continues to make a substantial investment of time, effort,

19  and expense in the design, development, testing, manufacturing, publishing, and marketing of its

20  computer software products.

21       15.    Autodesk's software products include the computer aided design and other design

22  programs listed under the "Copyrights" column on Exhibit D attached hereto and incorporated

23  herein by reference.  These products are referred to collectively hereinafter as the "Autodesk

24  Products."

25       16.    The Autodesk Products contain a large amount of material wholly original with

26  Autodesk and are copyrightable subject matter under the laws of the United States.

27       17.    At all times herein relevant, Autodesk complied in all respects with the Copyright

28  Act and secured the exclusive rights and privileges in and to the copyrights in the Autodesk

-3-

1   Products. Each of the aforementioned works is an original work, copyrightable under the

2   Copyright Act, and has been timely registered in full compliance with the Copyright Act.

3   Autodesk has received Certificates of Registration from the Register of Copyrights for the

4   Autodesk Products. The registration numbers and registration dates for the Autodesk Products

5   are listed under the "Registration No." and "Registration Date" columns, respectively, on Exhibit

6   D hereto.

7       18.   Since the dates of their respective registrations, the Autodesk Products have been

8   published by Autodesk or under its authority. All copies of said items made by Autodesk or

9   under its authority have been published in compliance with the provisions of the Copyright Act.

10  Autodesk has thereby fully maintained the validity of the copyrights in these works.

11      19.   Autodesk has not authorized Defendants to copy, reproduce, or distribute the

12  Autodesk Products.

13                          **The Settlement Agreement**

14      20.   In the Settlement Agreement Cubellis represented and warranted that, within five

15  business days of Cubellis' receipt of certain licensed Autodesk Products, Cubellis "shall not use

16  or install any unauthorized copy of any Autodesk Products on its computers or simultaneously

17  use or install any one (1) licensed package of any Autodesk Products on more than one (1)

18  computer, except as expressly authorized by the Autodesk Software License Agreement, attached

19  hereto as Exhibit A." Settlement Agreement, § 3(c), Exhibit A hereto.

20      21.   Cubellis represented and warranted in the Settlement Agreement that it "shall

21  adhere to all terms and conditions of the Autodesk Software License Agreement." Settlement

22  Agreement, § 3(d), Exhibit A hereto.

23      22.   The Settlement Agreement provides that, if "litigation…is required to enforce this

24  Agreement's terms, the prevailing Party (as determined by the adjudicator) in any such action

25  shall be entitled to an award of its reasonable attorneys' and witness fees and court and other

26  direct costs." Settlement Agreement, § 5.1, Exhibit A hereto.

27                   **The Business and Wrongful Conduct of Defendants**

28      23.   Autodesk is informed and believes and thereon alleges that Defendants are in the

-4-

1   business of providing design services to their customers, including architectural design, interior

2   design, graphic design, retail strategy and design, and structural, MEP (mechanical, electrical, and

3   plumbing), and civil engineering services, for which purposes Defendants use and have used the

4   Autodesk Products.

5       24.    To conduct this business, Defendants have engaged in the unauthorized

6   reproduction of the Autodesk Products.

7       25.    Autodesk is informed and believes and thereon alleges that Defendants have

8   willfully and intentionally engaged in the conduct complained of herein.

9                          **FIRST CLAIM FOR RELIEF**

10                **(Copyright Infringement Against All Defendants)**

11      26.    Autodesk re-alleges and incorporates herein by this reference each of the

12  allegations contained in Paragraphs 1 through 25 as though fully set forth.

13      27.    Defendants' acts constitute infringement of Autodesk's copyrights in the Autodesk

14  Products in violation of the Copyright Act.

15      28.    Autodesk is informed and believes and thereon alleges that Defendants'

16  reproduction of the Autodesk Products was deliberate, willful, malicious, oppressive, and without

17  regard to Autodesk's proprietary rights.

18      29.    Defendants' copyright infringement has caused, and will continue to cause,

19  Autodesk to suffer substantial injuries, loss, and damage to its proprietary and exclusive rights to,

20  and copyrights in, the Autodesk Products and, further, has damaged Autodesk's business

21  reputation and goodwill, diverted its trade, and caused a loss of profits, all in an amount not yet

22  ascertained.

23      30.    Defendants' copyright infringement, and the threat of continuing infringement, has

24  caused, and will continue to cause, Autodesk repeated and irreparable injury.   It would be

25  difficult to ascertain the amount of money damages that would afford Autodesk adequate relief at

26  law for Defendants' continuing acts, and a multiplicity of judicial proceedings would be required.

27  Autodesk's remedy at law is not adequate to compensate it for the injuries already inflicted and

28  further threatened by Defendants.   Therefore, Defendants should be restrained and enjoined

-5-

1    pursuant to the Copyright Act.

2         WHEREFORE, Autodesk prays for relief as hereinafter set forth below.

3                           **SECOND CLAIM FOR RELIEF**

4                        **(Breach of Contract Against Cubellis)**

5         31.    Autodesk re-alleges and incorporates herein by this reference each of the

6    allegations contained in Paragraphs 1 through 25 as though fully set forth.

7         32.    Autodesk performed all, or substantially all, of the significant things that the

8    Settlement Agreement required it to do or was excused from doing those things.

9         33.    All conditions required by the Settlement Agreement for Cubellis' performance

10   have occurred.

11        34.    Cubellis breached the Settlement Agreement by using and installing unauthorized

12   copies of Autodesk Products on its computers and simultaneously using or installing single

13   licensed packages of Autodesk Products on more than one computer in violation of the SLA and

14   by not adhering to all terms and conditions of the SLA.

15        35.    Autodesk has been harmed by Cubellis' breaches of the Settlement Agreement

16   according to proof in an amount in excess of $75,000.

17                            **PRAYER FOR RELIEF**

18        WHEREFORE, Autodesk prays for relief as follows:

19   **For the First Claim for Relief for Copyright Infringement Against All Defendants**

20        1.    That the Court issue a preliminary injunction enjoining and restraining Defendants,

21   and each of them, and their respective affiliates, agents, servants, employees, successors and

22   assigns, and all other persons acting in concert with or in conspiracy with or affiliated with

23   Defendants, from:

24             (a)    Copying, reproducing, distributing, or using any unauthorized copies of the

25   Autodesk Products;

26             (b)    Otherwise infringing any of Autodesk's copyrights;

27             (c)    Destroying any documents or software, including, but not limited to,

28   business records that pertain to the copying, reproduction, distribution, or use of any materials

                                          -6-

1    infringing any of Autodesk's copyrights; and

2              (d)      Destroying any copies of infringing materials pertaining to the Autodesk

3    Products;

4         2.      That the Court issue a permanent injunction pursuant to 17 U.S.C. § 502, making

5    permanent the orders requested in paragraphs 1(a) and (b) of this Prayer for Relief for the First

6    Claim for Relief for Copyright Infringement;

7         3.      That the Court upon application immediately issue an order impounding all

8    unauthorized copies of the Autodesk Products pursuant to 17 U.S.C. § 503(a);

9         4.      That Autodesk be awarded for Defendants' copyright infringement either:

10   (1) actual damages in an amount to be determined at trial, together with Defendants' profits

11   derived from its unlawful infringement of Autodesk's copyrighted Autodesk Products; or

12   (2) statutory damages for each act of infringement in an amount provided by law, as set forth in

13   17 U.S.C. § 504, at Autodesk's election before the entry of a final judgment;

14        5.      That the Court issue an order requiring Defendants to file with this Court and serve

15   on Autodesk within thirty (30) days after service of an injunction a report, in writing, under oath,

16   setting forth in detail the manner and form in which Defendants have complied with the

17   injunction;

18        6.      That the Court issue an order requiring Defendants to destroy all infringing copies

19   of the Autodesk Products;

20        7.      That the Court award Autodesk its attorneys' fees pursuant to 17 U.S.C. § 505;

21        8.      That the Court award Autodesk its costs of suit incurred herein; and

22        9.      That the Court grant such other and further relief as it deems just and proper.

23   **For the Second Claim for Relief for Breach of Contract Against Cubellis**

24        10.      For damages according to proof in an amounting exceeding $75,000;

25        11.      That the Court award Autodesk its reasonable attorneys' and witness fees and

26   court and other direct costs pursuant to Section 5.1 of the Settlement Agreement;

27   ///

28   ///

-7-

12. That the Court award Autodesk its costs of suit incurred herein; and

13. That the Court grant such other and further relief as it deems just and proper.

Dated: June  1 , 2009                          DONAHUE GALLAGHER WOODS LLP


By: _____
    Julie E. Hofer
    Attorneys for Plaintiff
    AUTODESK, INC.

-8-

# EXHIBIT A

## SETTLEMENT AGREEMENT

THIS SETTLEMENT AGREEMENT (the "Agreement") is entered into on January 29, 2003 (the "Effective Date") in San Rafael, California by and between Autodesk, Inc., a Delaware corporation ("Autodesk"), and Cubellis & Associates, Inc., a Massachusetts corporation ("Cubellis"). Autodesk and Cubellis are sometimes referred to herein singularly as a "Party" and collectively as the "Parties."

## R E C I T A L S

A.   Autodesk develops and markets a variety of software products (singularly or collectively "Autodesk Products");

B.   Cubellis uses certain Autodesk Products in its business operations and a dispute has arisen regarding the alleged improper use thereof; and

C.   The Parties have reached an agreement resolving that dispute and wish to evidence that agreement in writing.

NOW, THEREFORE, in consideration of the mutual covenants and conditions set forth below, the Parties further agree as follows:

1.   Settlement Payment.

1.1   Settlement Amount.   Cubellis shall pay to Autodesk the sum of Forty-two Thousand Five Hundred Seventy-one Dollars and Thirty-eight Cents ($42,571.38) (the "Settlement Amount"), which includes Cubellis' acquisition of six (6) licensed packages of Autodesk® Land Desktop 3 software and one (1) licensed package of Autodesk® Survey 3 software. In addition, this settlement includes the upgrade of one (1) package of Autodesk® Survey, Release 2i software to Autodesk® Survey 3 software. The serial number of the package to be upgraded is 339-25243909. The Settlement Amount also includes applicable sales tax and shipping and handling costs. The Settlement Amount shall be paid in three (3) installments as follows: The first installment payment in the amount of Twenty-two Thousand Five Hundred Seventy-one Dollars and Thirty-eight Cents ($22,571.38) shall be due on or before January 31, 2003. The remaining two (2) installments of Ten Thousand Dollars ($10,000) each shall be due February 28, 2003 and March 31, 2003.

1.2   Settlement Amount Payment.   Autodesk hereby authorizes Cubellis to satisfy its obligation to pay the Settlement Amount by providing three (3) certified or cashier's checks payable to "Donahue, Gallagher, Woods & Wood, LLP," attorneys for Autodesk, to be deposited in trust for Autodesk, and authorizes delivery of said check to the law offices of Donahue, Gallagher, Woods and Wood, LLP.

2.    Software License Acquisition.

Upon Autodesk's receipt of the Settlement Amount, Autodesk shall ship six (6) packages of Autodesk® Land Desktop 3 software and two (2) packages of Autodesk® Survey 3 software to Cubellis. Upon receipt of the software, Cubellis shall register said software with Autodesk. It is understood and agreed that Autodesk may at Autodesk's sole discretion ship partial orders as installment payments are received.

3.    Representations and Warranties.

Cubellis hereby represents and warrants as follows:

(a)    As of September 30, 2003, Cubellis had AutoCAD Architectural Desktop™ 3.3 software on no more than thirty-five (35) computers; AutoCAD® Land Desktop 3 software installed on no more than nine (9) computers; Autodesk® Civil Design 3 software on no more than three (3) computers; and Autodesk® Survey 3 software on no more than three (3) computers, and had no copies of any other Autodesk Products installed on any computers owned or operated by Cubellis;

(b)    Within five (5) business days of its receipt of the software described in Section 2 hereof, Cubellis shall have AutoCAD Architectural Desktop™ 3.3 software on thirty-five (35) computers; Autodesk® Land Desktop 3 software on nine (9) computers; Autodesk® Civil Design 3 software on three (3) computers; and Autodesk® Survey 3 software on two (2) computers, and all such software shall be properly licensed to Cubellis;

(c)    Within five (5) business days of its receipt of the software described in Section 2 hereof, Cubellis shall not use or install any unauthorized copy of any Autodesk Products on its computers or simultaneously use or install any one (1) licensed package of any Autodesk Products on more than one (1) computer, except as expressly authorized in the Autodesk Software License Agreement, attached hereto as Exhibit A;

(d)    Cubellis shall adhere to all terms and conditions of the Autodesk Software License Agreement;

(e)    Cubellis shall maintain a written policy against unauthorized software duplication, substantially in the form attached hereto as Exhibit B, and circulate it to all employees, independent contractors, and agents who have contact with any Autodesk Products; and

(f)    Cubellis shall post on each of its computers installed with any Autodesk Products a warning sticker provided by Autodesk.

4.    Release.

Conditioned upon the factual accuracy and performance of Cubellis' representations, warranties, and other obligations set forth herein, Autodesk hereby releases and forever

EXHIBIT A

discharges each of Cubellis and Bradford Saivetz & Associates, Inc., their respective officers, directors, employees, agents, attorneys, and assigns of and from any and all actions, causes of action, claims, demands, damages, and costs relating to the unauthorized copying and use of AutoCAD® Land Desktop software and Autodesk® Survey software on Cubellis' computers through and including the Effective Date. This Agreement shall not extend, however, to any claim by Autodesk that Cubellis or its principals, agents, or employees have engaged in the sale, rental and/or distribution of any Autodesk Products to any person or entity not affiliated with Cubellis, or that any proprietary right of Autodesk has been infringed by the incorporation of any Autodesk Products, or any part thereof, into any other software product used, produced or sold by Cubellis or its principals, agents, or employees.

5.    Miscellaneous.

5.1    Fees. If litigation or court-ordered arbitration is required to enforce this Agreement's terms, the prevailing Party (as determined by the adjudicator) in any such action shall be entitled to an award of its reasonable attorneys' and witness fees and court and other direct costs (collectively "Fees"). Cubellis shall also reimburse Autodesk for all Fees incurred in collecting any payment from Cubellis pursuant to this Agreement.

5.2    Jurisdiction. This Agreement shall be exclusively governed by and construed in accordance with California law without reference to its conflicts of law rules. The United States District Court for the Northern District of California, or the appropriate state court located in Marin County, California, shall have exclusive jurisdiction over any legal action or proceeding arising out of or relating to this Agreement. For any action or proceeding that arises out of or relates to this Agreement, each Party expressly consents to the *in personam* jurisdiction and venue of each court specified in this Section 5.2 and hereby expressly waives any objection to same. No action brought by Autodesk for breach of this Agreement shall be limited to breach of contract remedies and Autodesk may also bring any other cause of action or claim for relief under state and/or federal law that would otherwise be available to it but for this Agreement, and may seek and obtain any and all proper monetary and/or equitable relief, including injunctive relief.

5.3    Severability, Waiver and Survival. If any term of this Agreement is held invalid, illegal, or unenforceable by a court of competent jurisdiction, that term shall be severed from this Agreement and the remaining terms shall continue in full force. No delay, omission, or failure by Autodesk to exercise any right or remedy provided to it in this Agreement shall be deemed to be any waiver or acquiescence, and Autodesk may exercise such right or remedy in the manner it deems expedient. Any Agreement provision that may reasonably be interpreted as being intended by the Parties to survive this Agreement's termination or expiration shall survive any such termination or expiration.

5.4    Interpretation. This Agreement shall be construed within its fair meaning and in interpreting this Agreement no inference shall be drawn against the drafting party. Headings, the title of this Agreement, and the terms used to reference each Party as used in this Agreement are for reference purposes only and in no way define, limit, construe or describe the scope or extent of such section or in any way affect this Agreement.

EXHIBIT A

5.5    Counterparts and Facsimile.  This Agreement may be executed in counterparts, each of which, when executed and delivered, shall be deemed an original, but which collectively shall constitute one agreement.  Facsimile signatures shall bind the Parties and shall not affect this Agreement's validity.

5.6    Entire Agreement.  This Agreement, which includes each exhibit attached hereto and hereby incorporated by reference, sets forth the Parties' entire agreement and understanding relating to its subject matter and merges and supersedes all prior agreements, writings, commitments, discussions and understandings between them.  The Agreement's terms are contractual and not mere recitals.  No amendment or modification may be made to this Agreement unless it is in writing and signed by each Party.

5.7    Binding Agreement.  The terms and provisions of this Agreement shall be binding upon, and shall inure to the benefit of, the Parties and their respective successors, transferees and permitted assigns.  Notwithstanding the foregoing, this Agreement is not a third party beneficiary contract and shall not be construed to be for any third party's benefit, and no third party shall have any claim or right of action hereunder.

5.8    Independent Investigation.   EACH PARTY:    (I) HAS READ AND UNDERSTOOD THIS AGREEMENT AND AGREES TO ALL OF ITS TERMS AND CONDITIONS; (II) INDEPENDENTLY EVALUATED THE DESIRABILITY OF ENTERING INTO THIS AGREEMENT AND IS NOT RELYING ON ANY REPRESENTATION, GUARANTEE OR STATEMENT OTHER THAN AS SET FORTH HEREIN; AND (III) HAS BEEN AFFORDED THE OPPORTUNITY TO SEEK THE ADVICE OF LEGAL COUNSEL WITH REGARD TO ITS RIGHTS AND OBLIGATIONS SET FORTH IN THIS AGREEMENT AND HAS EITHER SOUGHT OR REFUSED SUCH COUNSEL AND ACCORDINGLY HAS NEGOTIATED THIS AGREEMENT EITHER ON ITS OWN OR THROUGH ITS RESPECTIVE COUNSEL.

IN WITNESS WHEREOF, each Party executes this Agreement either personally or by a duly authorized representative and agrees to be bound by this Agreement's terms and conditions.

CUBELLIS & ASSOCIATES, INC.

By: _____
Name: _JOHN ANTONELLI_
Title: _CFO_
Date: _1/29/08_

AUTODESK, INC.

By: _____
Charles Harris
Vice President, Legal
and Assistant Secretary
Date: _02/03/03_

EXHIBIT A

## AUTODESK SOFTWARE LICENSE AGREEMENT
U.S. - Canada

**IMPORTANT, PLEASE READ THIS FIRST. THIS IS A LICENSE AGREEMENT.**

AUTODESK IS WILLING TO LICENSE THE ACCOMPANYING SOFTWARE TO YOU ONLY UPON THE CONDITION THAT YOU ACCEPT ALL OF THE TERMS CONTAINED IN THIS LICENSE AGREEMENT AND ANY SUPPLEMENTARY OR UNIQUE LICENSE TERMS INCLUDED HEREWITH ("AGREEMENT").

READ THE TERMS AND CONDITIONS OF THIS AGREEMENT CAREFULLY BEFORE SELECTING THE "I ACCEPT" BUTTON AT THE BOTTOM OF THE PAGE. PLEASE USE THE SCROLL BAR ON THE RIGHT TO READ THE REST OF THIS AGREEMENT. YOU MAY PRINT THIS AGREEMENT BY SELECTING "PRINT" BELOW. BY SELECTING THE "I ACCEPT" BUTTON, YOU ARE CONSENTING TO BE BOUND BY ALL THE TERMS OF THE AGREEMENT AND THE SOFTWARE WILL BE INSTALLED.

IF YOU ARE NOT WILLING TO BE BOUND BY THIS AGREEMENT AND YOU DO NOT AGREE TO ALL OF ITS TERMS AND CONDITIONS, SELECT "I REJECT" - WHICH WILL CANCEL THE LOADING OF THE SOFTWARE -- AND, WITHIN FIFTEEN (15) DAYS FROM PURCHASE, RETURN THIS SOFTWARE TO THE LOCATION WHERE YOU ACQUIRED IT FOR A FULL REFUND, IN ACCORDANCE WITH THE RELEVANT RETURN POLICY.

YOUR USE OF THE SOFTWARE ALSO INDICATES YOUR ASSENT TO BE BOUND BY THE TERMS AND CONDITIONS OF THIS AGREEMENT.

**COPYING OR USE OF THIS SOFTWARE OR ITS DOCUMENTATION EXCEPT AS PERMITTED BY THIS AGREEMENT IS UNAUTHORIZED AND IS COPYRIGHT INFRINGEMENT UNDER THE LAWS OF YOUR COUNTRY. IF YOU COPY OR USE THIS SOFTWARE OR ITS DOCUMENTATION WITHOUT PERMISSION OF AUTODESK, YOU ARE VIOLATING THE LAW. YOU MAY BE LIABLE TO AUTODESK FOR DAMAGES, AND YOU MAY BE SUBJECT TO CRIMINAL PENALTIES.**

**NOTE: IF THIS COPY OF THE SOFTWARE IS DESIGNATED 15-DAY EVALUATION COPY, THE FOLLOWING TWO PARAGRAPHS ALSO APPLY TO YOU:**

**THIS SOFTWARE IS MADE AVAILABLE FOR A 15-DAY EVALUATION PERIOD ONLY. TO EXTEND YOUR USE OF THE SOFTWARE, YOU MUST CONTACT AUTODESK OR AN AUTODESK AUTHORIZED RESELLER TO REMIT THE PURCHASE PRICE AND RECEIVE YOUR AUTHORIZATION CODE OR NEW PAID-IN-FULL COPY ENTITLING YOU TO THE COMMERCIAL LICENSE RIGHTS GRANTED BELOW.**

**DURING THE EVALUATION PERIOD, YOU MAY USE ONE COPY OF THE SOFTWARE ONLY TO EVALUATE IT. USE DURING THE EVALUATION PERIOD FOR ANY OTHER PURPOSE, INCLUDING COMPETITIVE ANALYSIS, IS STRICTLY PROHIBITED. UPON YOUR PURCHASE OF A LICENSE FOR THIS SOFTWARE, USE OF THE SOFTWARE SHALL NO LONGER BE SUBJECT TO THE FOREGOING RESTRICTION.**

## EXHIBIT A

EXHIBIT A

NOTE: IF THIS COPY OF THE SOFTWARE IS
DESIGNATED AS A FIXED-TERM
LICENSE, A LIMITED DURATION
LICENSE OR A RENTAL LICENSE,
THE FOLLOWING PARAGRAPH ALSO
APPLIES TO YOU:

THIS SOFTWARE IS MADE AVAILABLE FOR THE FIXED-TERM FOR WHICH
YOU HAVE PAID AND WILL CEASE TO OPERATE ON THE EXPIRATION OF
THAT FIXED-TERM. USE OF THIS SOFTWARE AFTER THE EXPIRATION OF
THE FIXED-TERM, OR ANY ATTEMPT TO DEFEAT THE DISABLING
FUNCTION, WILL BE IN VIOLATION OF THIS AGREEMENT AND MAY
CONSTITUTE COPYRIGHT INFRINGEMENT.

### 1. Grant of License.

Autodesk, Inc. ("Autodesk") grants you a nonexclusive, nontransferable license to use this program (the
"Software") and its manual and other accompanying material ('Documentation") with equipment owned by
you or under your control, according to the terms and conditions of this Agreement. This Agreement
permits a single user, to install and use the Software on only one computer at one location at any one time.

**Network Version:** If this Software is a Network Version, you may use it only over an internal [local]
area network environment with the Autodesk License Manager tool, and you may install and operate the
Software on a single server computer in a single location which may be accessed by oher computers, or on
an individual computer, as a multiple-user installation with either:

  (i) the maximum number of concurrent users being one (1), so that multiple individuals may
       access or use the Software, but that only one person at a time may do so, or

  (ii) the maximum number of concurrent users being more than one (1), in which case you must
       purchase single seat licenses for each additional concurrent user.

Use of software or any device that reduces the number of computers/devices which access he Software
when used in a Server configuration may affect the performance of the Software and does not reduce the
number of single seat licenses required.

**Educational Version:** If this Software is an Educational Version, you may use it only for the purpos
of training and instruction, and for no other purpose. Educational Versions of the Software may not be
used for commercial, professional, or for-profit purposes.

**Evaluation Version:** If this Software is identified as a demonstration, evaluation, or NFR version,
you may use it only for the purpose of commercial evaluation and demonstration. You may not use it for
commercial, professional, or for-profit purposes.

**Backup Copy:** Regardless of which version of the Software you have acquired, you may make on
archival (backup) copy of the Software. Such archival copy may not be installed on another computer,
unless such computer is a partitioned drive of a server to which only the authorized user has access. In any
event, the archival copy may not be used or installed as long as another copy of the Software is installed on
any computer. If the Documentation is in printed form, it may not be copied. If the Documentation is in
electronic form, it may not be duplicated electronically, however, you may print out one (1) copy, which
may not be copied.

**Additional Installation:** Except with Educational, Student and Evaluation Versions, you may make

EXHIBIT A

a second copy of the Software on the hard disk of a second computer owned by you or under your contract provided that (1) the original and second copies are used only by the same person; (2) the second copy is installed and used only on a notebook computer, home computer, or other nonserver computer away from your usual work location for the purpose of enabling you to perform work while away from your usual work location; (3) only one of the Software copies is in use at any one time; (4) the second copy of the Software is used exclusively with the copy protection device (if any) supplied with the Software, and (5) the Software is not licensed and/or labeled as an Educational Version or Student Version.

**Upgrades:** If this Software is labeled as an upgrade ("New Version") to software previously licensed to you ("Previous Version"), you must destroy all copies of the Previous Version, including any copies resident on your hard disk drive, and return the hardware lock, if any, which accompanied the software previously licensed to you (unless Autodesk explicitly notifies you that the hardware lock is to be used with the upgrade), within sixty (60) days of acquiring the New Version. Autodesk reserves the right to require you to show satisfactory proof that the Previous Version has been destroyed. If the hardware lock is not returned within the stipulated period, Autodesk reserves the right, without limitation, to charge you, and you shall pay the difference in price between the New Version price and the suggested retail price of the Software. Software patches, if any, provided to you by Autodesk or an authorized third party in connection with the Software licensed to you hereunder shall be subject to the terms and conditions of this Agreement unless otherwise specified at the time of delivery.

Notwithstanding the foregoing, you may retain and need not destroy the Previous Version and may use the Previous Version solely if necessary for the purposes of (1) installing the New Version hereby licensed and (2) for archival (backup) purposes in order to reinstall the New Version hereby licensed if the initial installation fails. Under no circumstances may you operate the Previous Version.

**Authorization Code:** If this Software requires an authorization code, you must register your purchase of this Software with Autodesk before an authorization code shall be issued to you, and Autodesk shall maintain your registration details.

**License Term:** Subject to the terms and conditions of this Agreement, the license to use the Software is perpetual, unless the Software is designated as a fixed-term license, a limited duration license or a rental license, and in such case the term of the license shall be the term for which you have paid.

## FOR STUDENT VERSIONS ONLY (TWO-YEAR USE):

**1. Grant of License.**

Autodesk, Inc. ("Autodesk") grants you a nonexclusive, nontransferable license to use this program (the "Software") and its manual and other accompanying material ("Documentation") with equipment owned by you or under your control, according to the terms and conditions of this Agreement for **two (2) years** from the date on which you install the Software. This Agreement permits a single user to install and use the Software on only one computer at one location at any one time. **Use of this Software beyond the two-year period referred to above, or any attempt to defeat the time-control disabling function in the Software is an unauthorized use and shall constitute a violation of this Agreement and copyright laws.**

This Software is a Student version of the Software and it may be used only by the degree-seeking student or, faculty or staff member of the institutions referred to below, who acquired it AND only for study and instruction and not for commercial, professional, or for-profit purposes. Student versions of the Software may not be used or purchased by an educational institution. A degree-seeking student is defined as a student currently enrolled either on a full or half-time basis in a college or university recognized or accredited by the Ministry/Department of Education, for at least one higher-education course concerning the design, technology, or engineering disciplines.

EXHIBIT A

**Backup Copy:** You may make only one archival (backup) copy of the Software. Such archival copy may not be installed on another computer, unless such computer is a partitioned drive of a server to which only the authorized user has access. In any event, the archival copy may not be used or installed as long as another copy of the Software is installed on any computer. If the Documentation is in printed form, it may not be copied. If the Documentation is in electronic form, you may printout one (1) copy, which may not be copied.

**Upgrades:** This Software is not upgradable.

**Authorization Code:** If this Software requires an authorization code, you must register your purchase of this Software product with Autodesk before an authorization code shall be issued to you, and Autodesk shall maintain your registration details.

> **NOTE: ALL REMAINING PROVISIONS OF THIS AGREEMENT APPLY TO ALL VERSIONS OF THIS SOFTWARE.**

## 2. RESTRICTIONS.

**You May Not:**

1. copy or use the Software or Documentation except as permitted by this Agreement.

2. reverse engineer, decompile, or disassemble the Software except to the extent permitted by law where this is indispensable to obtain the information necessary to achieve interoperability of an independently created program with the Software or with another program and such information is not readily available from Autodesk or elsewhere. You may not decompile the Software if such information is available by licensing any Autodesk Software Developer's Kit.

3. distribute, rent, loan, lease, sell, sublicense, or otherwise transfer all or part of the Software, Documentation or any rights granted hereunder to any other person without the prior written consent of Autodesk.

4. install or use the Software on the Internet or over a wide area network, including, without limitation, use in connection with a Web hosting or similar service.

5. remove, alter, or obscure any proprietary notices, labels, or marks from the Software or Documentation.

6. modify, translate, adapt, arrange, or create derivative works based on the Software or Documentation for any purpose.

7. utilize any equipment, device, software, or other means designed to circumvent or remove any form of copy protection used by Autodesk in connection with the Software, or use the Software together with any hardware lock, authorization code, serial number, or other copy protection device not supplied by Autodesk directly or through an Authorized Autodesk Reseller.

8. export the Software or Documentation in violation of US. or other applicable export control laws.

9. use the Software or Documentation outside of the country of purchase.

## 3. COPYRIGHT.

Title and copyrights to the Software, Documentation and accompanying materials, if any, and any copies made by you remain with Autodesk and its licensors. The structure, organization, and code of the Software

are valuable trade secrets of Autodesk and its licensors. Unauthorized copying of the Software or Documentation, or failure to comply with the above restrictions, will result in automatic termination of this Agreement. This Agreement does not grant you any intellectual property rights.

## 4. GENERAL LIMITED WARRANTY.

Autodesk warrants that the Software will provide the facilities and functions generally described in the Documentation and that the media on which the Software is furnished, if any, the Documentation accompanying the Software, and any hardware lock or other copy protection device accompanying the Software will be free from defects in materials and workmanship under normal use. EXCEPT FOR THE ABOVE EXPRESS LIMITED WARRANTIES, AUTODESK MAKES AND YOU RECEIVE NO WARRANTIES, EXPRESS, IMPLIED, STATUTORY, OR IN ANY COMMUNICATION WITH YOU, AND AUTODESK SPECIFICALLY DISCLAIMS ANY OTHER WARRANTY INCLUDING THE IMPLIED WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE. AUTODESK DOES NOT WARRANT THAT THE OPERATION OF THE SOFTWARE WILL BE UNINTERRUPTED OR ERROR FREE. The above exclusions may not apply to you as some jurisdictions do not allow the exclusion of implied warranties. In addition to the above warranty rights, you may also have other rights, which vary from jurisdiction to jurisdiction.

Autodesk's entire liability and your exclusive remedy under the warranties made in this Agreement will be, at Autodesk's option, to attempt to correct or work around errors, to replace the defective media, if any; Documentation or copy protection devices; or to refund the purchase price and terminate this license. This remedy is subject to the return of the defective media, documentation, or copy protection device with a copy of your receipt to your local Autodesk office or the Authorized Autodesk Reseller from whom it was obtained within ninety (90) days from the date of its delivery to you. Following expiration of the ninety (90)-day period, Autodesk will replace any defective or damaged copy protection device in return for payment of an amount that covers the cost of a replacement device plus a fee for handling and shipment.

## 5. DISCLAIMER.

COMPUTER-AIDED DESIGN SOFTWARE AND OTHER TECHNICAL SOFTWARE ARE TOOLS INTENDED TO BE USED BY TRAINED PROFESSIONALS ONLY. THEY ARE NOT SUBSTITUTES FOR YOUR PROFESSIONAL JUDGMENT. COMPUTER-AIDED DESIGN SOFTWARE AND OTHER TECHNICAL SOFTWARE ARE INTENDED TO ASSIST WITH PRODUCT DESIGN AND ARE NOT SUBSTITUTES FOR INDEPENDENT TESTING OF PRODUCT STRESS, SAFETY AND UTILITY. DUE TO THE LARGE VARIETY OF POTENTIAL APPLICATIONS FOR THE SOFTWARE, THE SOFTWARE HAS NOT BEEN TESTED IN ALL SITUATIONS UNDER WHICH IT MAY BE USED. AUTODESK SHALL NOT BE LIABLE IN ANY MANNER WHATSOEVER FOR THE RESULTS OBTAINED THROUGH THE USE OF THE SOFTWARE. PERSONS USING THE SOFTWARE ARE RESPONSIBLE FOR THE SUPERVISION, MANAGEMENT AND CONTROL OF THE SOFTWARE. THIS RESPONSIBILITY INCLUDES, BUT IS NOT LIMITED TO, THE DETERMINATION OF APPROPRIATE USES FOR THE SOFTWARE AND THE SELECTION OF THE SOFTWARE AND OTHER PROGRAMS TO ACHIEVE INTENDED RESULTS. PERSONS USING THE SOFTWARE ARE ALSO RESPONSIBLE FOR ESTABLISHING THE ADEQUACY OF INDEPENDENT PROCEDURES FOR TESTING THE RELIABILITY AND ACCURACY OF ANY PROGRAM OUTPUT, INCLUDING ALL ITEMS DESIGNED BY USING THE SOFTWARE.

## 6. LIMITATION OF LIABILITY.

IN NO EVENT WILL AUTODESK BE LIABLE FOR ANY LOSS OR DAMAGES OF ANY KIND, INCLUDING LOSS OF DATA, LOST PROFITS, COST OF COVER, OR OTHER SPECIAL, INCIDENTAL, CONSEQUENTIAL, OR INDIRECT DAMAGES ARISING OUT OF THE USE OR INABILITY TO USE THE SOFTWARE OR DOCUMENTATION, HOWEVER CAUSED AND ON ANY THEORY OF LIABILITY. THIS LIMITATION WILL APPLY EVEN IF AUTODESK OR ANY AUTODESK RESELLER HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH LOSS OR

EXHIBIT A

DAMAGE. YOU ACKNOWLEDGE THAT THE LICENSE FEE REFLECTS THIS ALLOCATION OF RISK.

AUTODESK SHALL HAVE NO RESPONSIBILITY OR LIABILITY WHATSOEVER ARISING FROM LOSS OR THEFT OF THE SOFTWARE OR OF ANY COPY PROTECTION DEVICE WITH WHICH THE SOFTWARE IS SUPPLIED. SPECIFICALLY, AUTODESK SHALL NOT BE OBLIGATED TO REPLACE ANY LOST OR STOLEN SOFTWARE OR COPY PROTECTION DEVICE. YOU ARE SOLELY RESPONSIBLE FOR SAFEGUARDING THE SOFTWARE AND ANY COPY PROTECTION DEVICE FROM LOSS OR THEFT AND PROTECTING YOUR INVESTMENT THROUGH INSURANCE OR OTHERWISE.

THE ABOVE LIMITATIONS MAY NOT APPLY TO YOU BECAUSE SOME JURISDICTIONS DO NOT ALLOW THE LIMITATION OR EXCLUSION OF LIABILITY FOR INCIDENTAL OR CONSEQUENTIAL DAMAGES.

## 7. RESTRICTED RIGHTS FOR U.S. GOVERNMENT CUSTOMERS.

The Software and Documentation is provided with RESTRICTED RIGHTS. Use, duplication, or disclosure by the United States Government or any agency, department, or instrumentality thereof is subject to the restrictions set forth in the Commercial Computer Software -- Restricted Rights clause at FAR 52.227-19 or the Commercial Computer Software -- Licensing clause at NASA FAR Supplement 1852.227-86. Manufacturer is Autodesk, Inc., 111 McInnis Parkway, San Rafael, California 94903.

## 8. CANADIAN SALES.

If you purchased this product in Canada, you agree to the following: The parties hereto confirm that it is their wish that this Agreement, as well as other documents relating hereto, including Notices, have been and shall be written in the English language only. Les parties ci-dessus confirment leur désir que cet accord ainsi que tous les documents, y compris tous avis qui s'y rattachent, soient rédigés en langue anglaise

## 9. GENERAL.

A.   This Agreement and the license granted hereby shall terminate without further notice or action by Autodesk if you, the licensee, become bankrupt, make an arrangement with your creditors or go into liquidation.

B.   This Agreement shall not be governed by the UN Convention on Contracts for the Sale of Goods. This Agreement shall be governed by the laws of the State of California, U.S.A., including its Uniform Commercial Code without reference to conflict-of-laws principles. This Agreement is the entire agreement between us and supersedes any other communications or advertising with respect to the Software and Documentation.

C.   If any provision of this Agreement is found to be invalid or otherwise unenforceable, the further conditions of this Agreement will remain fully effective and the parties wil be bound by obligations which approximate, as closely as possible, the effect of the provision found invalid or unenforceable, without being themselves invalid or unenforceable.

EXHIBIT A

<u>MEMORANDUM</u>

To:     All Employees and Independent Contractors

From: Management

Re:     UNAUTHORIZED SOFTWARE DUPLICATION

Unauthorized duplication of copyrighted computer software violates the law and is contrary to our organization's standards of conduct.   Unauthorized software duplication constitutes copyright infringement and is punishable in a federal criminal action pursuant to 17 U.S.C. § 506(a) by a fine of up to $250,000 and imprisonment for up to five years.  Federal civil penalties provided in 17 U.S.C. § 504(c) provide for the recovery of the infringed party's actual damages plus the profits of the infringer, or statutory damages ranging up to $150,000 for each copyrighted product for willful copyright infringement.  The statute also provides for payment of the prevailing party's attorneys' fees.

Please be advised that this organization actively cooperates with the producers of software products in reporting violations of copyright law.  We will neither engage in nor tolerate the making or using of unauthorized software copies under any circumstances.  Individuals who install illegal copies of software onto any computer at this organization will be subject to disciplinary action and may face prosecution.

**EXHIBIT B**

EXHIBIT A

# EXHIBIT B

## AMENDMENT TO SETTLEMENT AGREEMENT

THIS AMENDMENT to the January 29, 2003 Settlement Agreement (the "Agreement") is entered into between Autodesk, Inc., a Delaware corporation ("Autodesk), and Cubellis & Associates, Inc., a Massachusetts corporation ("Cubellis").

## R E C I T A L S

A.    The parties entered into an agreement with an Effective Date of January 29, 2003; and

B.    The parties wish to amend the Agreement, pursuant to its Section 5.6.

NOW, THEREFORE, in consideration of the mutual covenants and conditions set forth below, the Parties further agree as follows:

1. .    The Recitals above are true and correct and incorporated into the terms of this Amendment.

2.    The Settlement Amount as defined in Section 1 of the Agreement has been adjusted to Forty-three Thousand Four Hundred Forty-four Dollars and Eight Cents ($43,444.08).   The purpose for this adjustment is that Cubellis will no longer receive an upgrade from one (1) package of Autodesk® Survey, Release 2i software to Autodesk® Survey 3 software.  Autodesk has determined that the serial number provided by Cubellis to be upgraded (339-25243909) is not a current license and therefore is not eligible for an upgrade.  Instead, Cubellis will purchase a new licensed package of Autodesk® Survey 3 software.  In all, Cubellis will acquire six (6) licensed packages of Autodesk® Land Desktop 3 software and two (2) licensed packages of Autodesk® Survey 3 software.

3.    As Cubellis has already made its first installment payment, the Settlement Amount adjustment will be split amongst the two (2) remaining installment payments.  The February 28, 2003 payment and the March 31, 2003 payment shall now be in the amount of $10,436.35 each.

4.    Except as modified herein, all other terms, covenants, conditions and obligations under the Agreement are reaffirmed and shall otherwise remain in full force and effect as originally written.

IN WITNESS WHEREOF, Autodesk and Cubellis have executed this Amendment as of the date signed by Cubellis

CUBELLIS & ASSOCIATES, INC.          AUTODESK, INC.

By: _____          By: _____
Name: _____          Charles Harris
Title: _____          Vice President, Legal
Date: _____4/22/03_____          and Assistant Secretary
                                                                    Date: __05/05/03__

EXHIBIT B

# EXHIBIT C

LAW OFFICES OF

## DONAHUE, GALLAGHER, WOODS & WOOD, LLP

FOUNDED 1918

| | | |
|---|---|---|
| **MARIN OFFICE** <br> **SHELTERPOINT** <br> **591 REDWOOD HIGHWAY** <br> **SUITE 1200** <br> **MILL VALLEY, CALIFORNIA 94941** | **300 LAKESIDE DRIVE** <br> **SUITE 1900** <br> **OAKLAND, CALIFORNIA 94612** | **WALNUT CREEK OFFICE** <br> **GROWERS SQUARE** <br> **1646 NORTH CALIFORNIA BOULEVARD** <br> **SUITE 310** <br> **WALNUT CREEK, CALIFORNIA 94596** |
| **TELEPHONE** <br> **(415) 381-4161** | **TELEPHONE** <br> **(510) 451-0544** | **TELEPHONE** <br> **(925) 746-7770** |
| **FACSIMILE** <br> **(415) 381-7515** | **FACSIMILE** <br> **(510) 832-1486** | **FACSIMILE** <br> **(925) 746-7776** |

STEPHEN C. GUSTAVSON
stephen@donahue.com

September 30, 2002

REPLY TO OAKLAND

## VIA FEDERAL EXPRESS

Mr. Lenord G. Cubellis, AIA
Chief Executive Officer and President
Cubellis Associates, Inc.
289 Devonshire Street
Boston, Massachusetts 02110

Re:   Autodesk, Inc. - Cubellis Associates, Inc.

Dear Mr. Cubellis:

This firm represents Autodesk, Inc. ("Autodesk") in connection with its investigations of possible illegal duplication of Autodesk's proprietary software products.

We have been advised that Cubellis Associates, Inc. ("Cubellis Associates") may have installed on its computers more copies of Autodesk software than it is licensed to use. While a recent check of Autodesk's records does indicate that there are Autodesk software licenses registered to Cubellis Associates, Inc., Cubellis Saivetz Associates, and Bradford Saivetz & Associates, it does not appear that those licenses are enough to support the installations of Autodesk software at Cubellis Associates' company-wide.

Autodesk's records may not reflect Autodesk software products that are licensed but unregistered or that are registered to an individual within an organization rather than the organization itself. If this is the case, please send me the serial number for each such package of Autodesk software that Cubellis Associates currently has installed on its computers.

We assume you are aware that unauthorized duplication of Autodesk's proprietary software products violates federal copyright law. Furthermore, this conduct violates the Autodesk Software License Agreement. The potential remedies available in copyright infringement actions are significant.

My client is prepared to pursue its civil remedies in this matter, assuming the information we have received is accurate. We recognize, however, that there may be instances where illegal

EXHIBIT C

Mr. Lenord G. Cubellis
September 30, 2002
Page 2

activity has occurred without senior management having had an opportunity to consider its ramifications. For that reason, we wish to provide you with an opportunity to conduct your own company-wide investigation and, if appropriate, to discuss the circumstances that led to this situation with those who may be responsible within your organization. A resolution short of filing a civil action may be possible if you investigate the matter and respond no later than October 8, 2002.

Please do not destroy any Autodesk software product currently installed on Cubellis Associates' computers. In addition, do not purchase or enter into negotiations to purchase any Autodesk software product prior to the resolution of this matter. Purchasing or deleting software at this point will not remedy past unauthorized installation or use, will not conclude our investigation, and may prejudice our ability to reach a mutually satisfactory resolution of this matter. Furthermore, Autodesk resellers are not authorized to sell Autodesk software to companies that are under investigation for violation of the Autodesk Software License Agreement and copyright law. Please be advised that if Cubellis Associates purchases any Autodesk software licenses before this matter is resolved, those licenses will be invalid to the extent that they were purchased to replace unauthorized copies.

Very truly yours,

/Stephen C. Gustavson

SCG:kl

EXHIBIT C

# EXHIBIT D

## Autodesk Products
## Exhibit D

| Copyrights | Registration No. | Registration Date |
|---|---|---|
| 3D Studio VIZ | TX 4 816 922 | 4/03/1998 |
| Autodesk® 3ds Max 2008 | TX 6 877 393 | 1/10/2008 |
| Autodesk® 3ds Max 2009 | TX 6 866 537 | 6/13/2008 |
| AutoCAD® 2000 | TX 4 967 648 | 6/11/1999 |
| AutoCAD® 2002 | TX 5 373 538 | 8/24/2001 |
| AutoCAD® 2004 | TX 5-673-291 | 6/9/2003 |
| AutoCAD® 2005 | TX 5-958-414 | 5/25/2004 |
| AutoCAD® 2006 | TX 6-125-535 | 4/14/2005 |
| AutoCAD® 2007 | TX 6 363 178 | 6/13/2006 |
| AutoCAD® 2008 | TX 6 576 172 | 5/18/2007 |
| AutoCAD® Architectural Desktop 2 | TX 4 986 290 | 8/30/1999 |
| AutoCAD® Architectural Desktop Release 3 | TX 5 225 940 | 1/6/2001 |
| AutoCAD® Architecture 2008 | TX 6 576 203 | 5/3/2007 |
| AutoCAD® Architecture 2009 | TX 6 864 734 | 5/4/2008 |
| AutoCAD® Civil 3D Land Desktop Companion 2008 | TX 6 873 164 | 7/1/2008 |
| Autodesk® Land Desktop Release | TX 5 385 302 | 9/4/2001 |
| AutoCAD LT® 2002 | TX 5 390 384 | 8/30/2001 |
| AutoCAD LT® 2005 | TX 5-958-384 | 5/25/2004 |
| AutoCAD® MEP 2008 | TX 6 574 009 | 5/23/2007 |
| Autodesk® Architectural Desktop 2004 | TX 5 788 108 | 8/26/2003 |
| Autodesk® Architectural Desktop 2005 | TX 5-968-444 | 5/12/2004 |
| Autodesk® Architectural Desktop 2006 | TX 6-125-536 | 4/14/2005 |
| Autodesk® Building Systems 2006 | TX 6 196 485 | 7/12/2005 |
| Autodesk® Civil Design 3 | TX 5 433 081 | 9/24/2001 |
| Autodesk® Inventor | TX 5 085 754 | 12/9/1999 |
| Autodesk® Land Desktop 2006 | TX 6 197 829 | 6/8/2005 |
| Autodesk® Land Desktop 3 | TX 5 385 302 | 9/24/2001 |
| Autodesk® Survey 2005 | TX 6 036 808 | 9/29/2004 |
| Autodesk® Survey 2006 | TX 6 197 828 | 6/8/2005 |
| Autodesk® Survey 2007 | TX 6 380 578 | 6/30/2006 |
| Autodesk® VIZ 2006 | TX 6 194 052 | 7/15/2005 |
| Autodesk® VIZ 2008 | TX 6 576 189 | 5/18/2007 |
| Autodesk® VIZ 4 | TX 6 505 199 | 3/5/2002 |
| Raster Design 2006 for Autodesk Land Desktop 2006 | TX 6 194 049 | 6/29/2005 |
| Revit® Architecture 2008 | TX 6 576 943 | 5/18/2007 |
| Revit® Architecture 2009 | TX 6 866 139 | 7/09/2008 |

EXHIBIT D